AO 442 (Rev. 01/09) Arrest Warrant                                                                                                    1135617

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

U.S. MARSHAL-DC AM 10:4
RECEIVED NOV 17 '21

**FILED**
NOV 18 2021
Clerk, U.S. District and Bankruptcy Courts

| United States of America | |
|---|---|
| v. | Case: 1:21-cr-00672 |
| ROSEMARY OGBENNA | Assigned to: Judge McFadden, Trevor N. |
| | Assign Date: 11/16/2021 |
| | Description: INDICTMENT (B) |
| *Defendant* | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Rosemary Ogbenna

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1341 (Mail Fraud); 18 U.S.C. § 1343 (Wire Fraud); 18 U.S.C. § 641 (Theft of Public Money)
42 U.S.C. § 408(a)(5) (Representative Payee Fraud); 18 U.S.C. § 1028A (Aggravated Identity Theft)
18 U.S.C. § 1001 (False Statements); 18 U.S.C. § 1512(c)(1) (Tampering with Documents); 22 D.C. Code §§ 3211, 3212
(First Degree Theft) Forfeiture Allegation: 18 U.S.C. § 981; 21 U.S.C. § 853;  28 U.S.C. § 2461

Date: 11/16/2021

*Issuing officer's signature*   Robin M. Meriweather

City and state:   Washington, D.C.           Robin M. Meriweather, U.S. Magistrate Judge
                                             *Printed name and title*

### Return

This warrant was received on *(date)* 11/17/2021, and the person was arrested on *(date)* 11/18/2021
at *(city and state)* Washington, DC.

Date: 11/18/2021

*Arresting officer's signature*

ERIC RYAN   SPECIAL AGENT
*Printed name and title*